NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1258

VANDERBILT UNIVERSITY,

Plaintiff-Appellant,

v.

ICOS CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 05-CV-506, Judge Sue L. Robinson.

ON MOTION

Before LINN, Circuit Judge.

ORDER

ICOS Corporation moves for leave to file a corresponding brief on CD-ROM. Vanderbilt University opposes. ICOS replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY -1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert S. Brennen, Esq.
Kevin M. Flowers, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY -1 2009

JAN HORBALY
CLERK